**ORIGINAL**

# In the United States Court of Federal Claims

| | ) | |
|---|---|---|
| JEAN TOUSSAINT, | ) | **FILED** |
| | ) | |
| Plaintiff, | ) | JUL 2 4 2018 |
| | ) | |
| v. | ) No. 18-509C | U.S. COURT OF FEDERAL CLAIMS |
| | ) | |
| THE UNITED STATES, | ) Filed: July 24, 2018 | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## DISMISSAL ORDER

Plaintiff, *pro se*, Jean Toussaint, commenced this action on April 5, 2018 (docket entry no. 1). On June 4, 2018, the government filed a motion to dismiss this action, pursuant to Rule 12(b)(1) of the Rules of the United States Court of Federal Claims ("RCFC") (docket entry no. 6). Plaintiff's response to the government's motion to dismiss was due on July 2, 2018.

On July 10, 2018, the Court issued a Show Cause Order directing plaintiff to show cause why she failed to timely respond to the government's motion to dismiss and to file a response to the government's motion to dismiss by July 23, 2018. In the Show Cause Order, the Court informed plaintiff that the Court would treat plaintiff's failure to file a timely response as a failure to comply with the Court's Order and to prosecute this matter, pursuant to RCFC 41(b).

Because plaintiff has failed to comply with the Court's July 10, 2018 Show Cause Order and to prosecute this matter, the Court **DISMISSES** this action without prejudice. RCFC 41(b).[1]

The Clerk's Office is directed to **ENTER** final judgment **DISMISSING** the complaint

---

[1] RCFC 41(b) provides that: "[i]f the plaintiff fails to prosecute or to comply with [the Court's] rules or a court order, the court may dismiss on its own motion or the defendant may move to dismiss the action or any claim against it." RCFC 41(b).

7016 3010 0000 4308 4805

without prejudice.

**IT IS SO ORDERED.**

_____
LYDIA KAY GRIGGSBY
Judge